IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

ADRIAN DESJUAN BISHOP, )
 )
 Plaintiff, )
 )
vs. ) No. CIV-14-678-C
 )
MRS. L. JESTER, et al., )
 )
 Defendants. )

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Charles B. Goodwin on May 11, 2016. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 28) is adopted and the complaint is dismissed without prejudice. A judgment shall enter accordingly.

IT IS SO ORDERED this 23rd day of June, 2016.

ROBIN J. CAUTHRON
United States District Judge